<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Natascha Reed**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Average Weekly Amount Paid[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 1/1/16 - 8/6/16 | 31.29 | 44 | $ 11.00 | $ 16.50 | $ 432.93 | $ - | $ 2,064.86 | $ 2,064.86 |
| 8/24/15 - 12/31/15 | 18.57 | 44 | $ 11.00 | $ 16.50 | $ 458.58 | $ - | $ 880.59 | $ 880.59 |
| 8/17/15 - 8/23/15 | 1.00 | 44 | $ 11.00 | $ 16.50 | $ - | $ 290.00 | $ 66.00 | $ 356.00 |
| 8/5/15 - 8/16/15 | 1.71 | 44 | $ 11.00 | $ 16.50 | $ 458.58 | $ - | $ 81.29 | $ 81.29 |
| | | | | | | $ 290.00 | $ 3,092.73 | $ 3,382.73 |

| | |
|---|---|
| Total Unpaid Minimum Wages[1] = | $ 290.00 |
| Total Unpaid Overtime Wages[1] = | $ 3,092.73 |
| Total Liquidated Damages[1] = | $ 3,382.73 |
| Total[1] = | $ 6,765.47 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.