UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81437-CIV-MARRA

NATASCHA REED,

    Plaintiff,

v.

DRUG ABUSE FOUNDATION OF
PALM BEACH COUNTY, INC.,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE

This matter comes before the Court on Plaintiff's Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice in this FLSA Action ("Motion") (DE 37). The Court has reviewed the parties' Settlement Agreement, which is appended to the Motion (DE 37-1), in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355. Having reviewed the Motion, the Settlement Agreement appended thereto (DE 37-1), and the record and pleadings in this case, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Motion (DE 37) is **GRANTED**.

    2.    The Court finds that the terms of the Settlement Agreement are fair, reasonable and just under the circumstances. Accordingly, the Court **APPROVES** the Settlement Agreement and **DISMISSES** the above-captioned action **WITH PREJUDICE**.

      3.      The Clerk shall **CLOSE** this case.  Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of November, 2017.

 

_____
KENNETH A. MARRA
United States District Judge